MORGAN, LEWIS & BOCKIUS LLP
Lisa R. Weddle, Bar No. 259050
Behrouz Shareghi Arani, Bar No. 304501
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501
Email: lisa.weddle@morganlewis.com
            behrouz.shareghiarani@morganlewis.com

Attorneys for Defendant
BMW of North America, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMAN ALISHAHI,<br><br>          Plaintiff,<br><br>     vs.<br><br>BMW OF NORTH AMERICA, LLC, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:20−cv−07581 JAK (SKx)<br><br>NOTICE OF APPEARANCE OF COUNSEL OF DEFENDANT BMW OF NORTH AMERICA, LLC<br><br>Judge:              Hon. Judge John A. Kronstadt<br><br>Department:     10B<br>Removal Filed: August 20, 2020<br>Action Filed:    July 17, 2020 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that the following attorneys of Morgan, Lewis & Bockius LLP, enter their appearance as counsel for Defendant BMW of North America, LLC, in this matter:

Lisa R. Weddle
Behrouz Shareghi Arani
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071-3132
Telephone: +1.213.612.2500
Facsimile: +1.213.612.2501
lisa.weddle@morganlewis.com
behrouz.shareghiarani@morganlewis.com

Please serve said counsel with all pleadings and notices in this action.

Dated:        August 13, 2021            MORGAN, LEWIS & BOCKIUS LLP


                                         By  */s/ Behrouz Shareghi Arani*
                                             Behrouz Shareghi Arani
                                             Lisa R. Weddle
                                             Attorneys for Defendant
                                             BMW of North America, LLC

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, CA; my business address is Morgan, Lewis & Bockius LLP, 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071.

On the date below, I served a copy of the foregoing document entitled:

**NOTICE OF APPEARANCE**

on the interested parties in said case as follows:

**Served Electronically**

**Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

This declaration is executed in Los Angeles, California on August 13, 2021.

*/s/ Behrouz Shareghi Arani*
Behrouz Shareghi Arani