| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | Lisa R. Weddle, Bar No. 259050 |
|   | Behrouz Shareghi Arani, Bar No. 304501 |
| 3 | 300 South Grand Avenue |
|   | Twenty-Second Floor |
| 4 | Los Angeles, CA  90071-3132 |
|   | Tel:   +1.213.612.2500 |
| 5 | Fax:  +1.213.612.2501 |
|   | Email: lisa.weddle@morganlewis.com |
| 6 | behrouz.shareghiarani@morganlewis.com |

Attorneys for Defendant
BMW of North America, LLC

LAW OFFICES OF WILLIAM R. MCGEE, APLC
William R. McGee, Bar No. 122153
Deanna M. Wallace, Bar No. 242825
Kevin A. Alexander II, Bar No. 294308
701 Plomar Airport Rd, Suite 250
Carlsbad, CA  92011
Tel:   +1.760.438.1047
Fax:  +1.760.438.1056
Email:  LemonAtty@aol.com
         DeannaLemonLaw@gmail.com
         Kevin.LemonLaw@gmail.com

Attorneys for Plaintiff
Saman Alishahi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMAN ALISHAHI, | Case No. 2:20−cv−07581 JAK (SKx) |
| Plaintiff, | |
| vs. | AMENDED JOINT STATUS REPORT RE ARBITRATION |
| BMW OF NORTH AMERICA, LLC, and DOES 1 through 10, inclusive, | Judge:         Hon. Judge John A. Kronstadt |
| Defendants. | Department:    10B |
| | Removal Filed: August 20, 2020 |
| | Action Filed:  July 17, 2020 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 41370141.1

CASE NO. 2:20−CV−07581 JAK (SKX)
AMENDED JOINT STATUS REPORT RE ARBITRATION

Plaintiff Saman Alishahi ("Plaintiff") and Defendant BMW of North America, LLC ("Defendant") stipulated to arbitration on December 14, 2020, and this Court executed the Order to Stipulation on February 16, 2021. Plaintiff and Defendant are currently engaged in efforts to settle the case prior to Plaintiff serving her demand for arbitration.

Dated: August 13, 2021  MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Behrouz Shareghi Arani*
Behrouz Shareghi Arani
Lisa R. Weddle
Attorneys for Defendant
BMW of North America, LLC

Dated: August 13, 2021  LAW OFFICES OF WILLIAM R. MCGEE, APLC

By  */s/ William R. McGee*
Kevin A. Alexander II
William R. McGee
Deanna M. Wallace
Attorneys for Plaintiff
Saman Alishahi

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that all signatories have reviewed this document and concur in this documents content, and that all signatories authorize the filing of this document.

By: */s/ Behrouz Shareghi Arani*

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, CA; my business address is Morgan, Lewis & Bockius LLP, 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071.

On the date below, I served a copy of the foregoing document entitled:

**AMENDED JOINT STATUS REPORT RE ARBITRATION**

on the interested parties in said case as follows:

**Served Electronically**

**Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

This declaration is executed in Los Angeles, California on August 13, 2021.

*/s/ Behrouz Shareghi Arani*
Behrouz Shareghi Arani